IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RYAN BONNEAU,                                              6:15-cv-00152-MO

         Petitioner,                                       ORDER
   v.

MARION FEATHER, et al.,

         Respondent.

MOSMAN, Judge

    Petitioner's motion to dismiss (#20) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 3rd day of March, 2015.

                                               /s/Michael W. Mosman
                                             Michael W. Mosman
                                             United States District Judge

1 - ORDER